UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Arturo Gonzalez<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 23-12962<br><br>Chapter: 13<br>Honorable Donald R. Cassling |

**Order Confirming Plan**

The plan under Chapter 13 of the Bankruptcy code, filed as docket No. 33, having been found by the Court to comply with the provisions of the 11 U.S.C. section 1325, THE PLAN IS HEREBY CONFIRMED.

Enter: Donald R. Cassling

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: January 25, 2024